Argued January 29, affirmed January 29, 1973

STATE OF OREGON, *Respondent*, v. RICHARD
JAMES FOWLER (No. 72-99C), *Appellant.*

505 P2d 358

*William L. Sisemore*, Klamath Falls, argued the
cause for appellant. With him on the briefs were Wil-
liam Ganong, Jr., and Steven A. Zamsky, Klamath
Falls.

*Al J. Laue*, Assistant Attorney General, Salem,
argued the cause for respondent. With him on the brief
were Lee Johnson, Attorney General, and John W.
Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.